# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:14CR00115-1 BSM

NICHOLAS ANTHONY DEROSE

## ORDER

For the reasons stated at the December 12, 2014 Detention Hearing, the Government's exhibits are placed under seal.

IT IS SO ORDERED this 12th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE